(September 22, 1970)

HARVEY HEPWORTH et al., Individually and as Partners Doing Business as HEPWORTH FILMS, et al., Respondents, v. VINCENT GEARY et al., Appellants, et al., Defendant.—

660

Concur — Eager, J. P., Capozzoli, McGivern, Markewich and McNally, JJ.